**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00387-CR**
_____

**DERRICKA J. JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. F21-38523**

**MEMORANDUM OPINION**

On April 16, 2024, the trial court revoked an order of deferred adjudication community supervision and sentenced Derricka J. Johnson to twelve years in prison for aggravated assault with a deadly weapon. On May 14, 2024, Johnson timely filed a motion for new trial. The pro se notice of appeal was postmarked August 13, 2024, and was filed with the trial court on August 23, 2024. Notice of appeal was filed more than ninety days from the date on which the trial court imposed sentence. We notified the parties that the appeal did not appear to have been timely filed, but

1

received no response. The court finds the notice of appeal was not timely filed. Tex. R. App. P. 26.2(a)(2). Johnson did not timely request an extension of time to file her notice of appeal. *See id*. 26.3. It does not appear that appellant obtained an out-of-time appeal from the Court of Criminal Appeals.

This Court's appellate jurisdiction in a criminal case is invoked by a timely filed notice of appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Absent a timely filed notice of appeal, the appellate court lacks jurisdiction to address the merits of the appeal and can take no action other than to dismiss the appeal for want of jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). The Court finds it is without jurisdiction to entertain the appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 28, 2025
Opinion Delivered January 29, 2025
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.

2